UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-31-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO DESTROY OR |
| ) | DISPOSE OF FIREARMS |
| ) | |
| KEVIN LEE VINES ) | |

THIS MATTER is before the Court upon Motion of the United States for destruction or disposal of firearm evidence. This case is now closed. It appears to the Court that the Bureau of Alcohol, Tobacco, Firearms and Explosives is in possession of firearms retained as evidence in this case.

For good cause shown, it is therefore ORDERED that the Motion is GRANTED and that firearms seized as evidence in this case be destroyed or disposed of in accordance with the usual procedures of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

This the **31** day of **March**, 2011.

JAMES C. DEVER, III
United States District Judge